Pearson, J.
 

 We are confined by the record to the single question of the sufficiency of the plea in abatement. It is fatally defective, and does not present the question intended. There is no allegation that the contract was made in a foreign countiy. For aught that appears upon the face of the record, the contract was made m this State ; and the plea presents the question, Can one foreigner sue another in the Courts of this State, upon a contract for “ work and labor done,” entered into in this State? The Judge in the Court below sends up a statement of facts; but there was no issue joined upon the facts, and the statement of his Honor has no bearing on the case, as presented by the record.
 

 This opinion will be certified, and the Court below will enter judgment
 
 respondeat ouster.
 

 Per Curiam. Judgment reversed.